

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Baron Aviation Services, Inc.,

Vs. No. 11-22-00131-CV

Larry Kitchen,

\* From the 35th District Court
of Brown County,
Trial Court No. CV1711504.

\* November 2, 2023

\* Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court, and we render judgment in favor of Appellant. The costs incurred by reason of this appeal are taxed against Larry Kitchen.